JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON UNDERWOOD, | ) | NO. CV 16-2474-PA (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| THE STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED:    July 9, 2016

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

1